UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSALIE MENDOZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.4:06CV475SNL/AGF |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Audrey G. Fleissig (#15), filed January 18, 2006 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§1381-1383f be and is **AFFIRMED**.

Dated this   5th   day of February, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SENIOR UNITED STATES DISTRICT JUDGE